61 A.3d 191

John P. PERAZZO, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

No. 2 MAP 2012.

Supreme Court of Pennsylvania.

Jan. 30, 2013.

## ORDER

PER CURIAM.

AND NOW, this 30th day of January, 2013, the above captioned appeal is quashed for failure to file a brief.

61 A.3d 191

Ricky TEJADA, Petitioner

v.

COURT OF COMMON PLEAS OF FOREST
COUNTY AT NO. 84–2012, Respondent.

Supreme Court of Pennsylvania.

Feb. 5, 2013.

## ORDER

PER CURIAM.

AND NOW, this 5th day of February, 2013, the Petition for Allowance of Appeal and the Applications for Relief are DENIED.